| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JOHN A. HALL, SR., §
　§
　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 1:21-CV-72
　§
C. TURNER, *et al.*, §
　§
　　Defendants. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff John A. Hall, Sr., a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting plaintiff's motion to dismiss the action without prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge (#8) is **ADOPTED**. Plaintiff's

motion to dismiss (#7) is **GRANTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

      SIGNED at Beaumont, Texas, this 27th day of July, 2021.

                                                                                  _____
                                                                                 MARCIA A. CRONE
                                                                     UNITED STATES DISTRICT JUDGE